# EXHIBIT A

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 23STCV12880
OLGA OVODENKO, ET AL. VS TRITON PACIFIC CAPITAL PARTNERS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, ET AL.

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 06/05/2023
**Case Type:** Contractual Fraud (General Jurisdiction)
**Status:** Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**11/03/2023** at 09:00 AM in Department 16 at 111 North Hill Street, Los Angeles, CA 90012
Case Management Conference

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

ATTEBERRY JEFFREY A. - Attorney for Plaintiff

COHON JEFFREY MICHAEL - Attorney for Defendant

DAVIS JOSEPH - Defendant

OLD CITY SECURITIES LLC - Plaintiff

OVODENKO OLGA - Plaintiff

TRITON PACIFIC CAPITAL PARTNERS LLC - Defendant

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Documents Filed (Filing dates listed in descending order)

**07/12/2023** Answer
Filed by Triton Pacific Capital Partners, LLC (Defendant); Joseph Davis (Defendant)

**07/07/2023** Proof of Service by Substituted Service
Filed by Olga Ovodenko (Plaintiff); Old City Securities LLC (Plaintiff)

**07/05/2023** Notice of Posting of Jury Fees
Filed by Olga Ovodenko (Plaintiff)

**06/20/2023** Notice of Case Management Conference
Filed by Clerk

**06/05/2023** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**06/05/2023** Voluntary Efficient Litigation Stipulation Packet
Filed by Clerk

**06/05/2023** First Amended General Order re: Mandatory Electronic Filing
Filed by Clerk

**06/05/2023** Alternate Dispute Resolution Packet
Filed by Clerk

**06/05/2023** Summons (on Complaint)
Filed by Olga Ovodenko (Plaintiff); Old City Securities LLC (Plaintiff)

**06/05/2023** Civil Case Cover Sheet
Filed by Olga Ovodenko (Plaintiff); Old City Securities LLC (Plaintiff)

**06/05/2023** Complaint
Filed by Olga Ovodenko (Plaintiff); Old City Securities LLC (Plaintiff)

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Proceedings Held (Proceeding dates listed in descending order)

None

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**07/12/2023** Answer; Filed by: Triton Pacific Capital Partners, LLC (Defendant); Joseph Davis (Defendant); As to: Olga Ovodenko (Plaintiff)

**07/07/2023** Proof of Service by Substituted Service; Filed by: Olga Ovodenko (Plaintiff); Old City Securities LLC (Plaintiff); As to: Triton Pacific Capital Partners, LLC (Defendant); Proof of Mailing Date: 07/06/2023; Service Cost: 114.50; Service Cost Waived: No

**07/05/2023** Notice of Posting of Jury Fees; Filed by: Olga Ovodenko (Plaintiff)

**06/20/2023** Notice of Case Management Conference; Filed by: Clerk

**06/20/2023** Updated -- Olga Ovodenko (Plaintiff): First Name changed from OLGA to Olga; Last Name changed from OVODENKO to Ovodenko

**06/20/2023** Updated -- Old City Securities LLC (Plaintiff): Organization Name changed from Old City Securities LLC, a New York limited liability company to Old City Securities LLC

**06/20/2023** Updated -- Triton Pacific Capital Partners, LLC (Defendant): Organization Name changed from TRITON PACIFIC CAPITAL PARTNERS, LLC, a California limited liability company to Triton Pacific Capital Partners, LLC

**06/20/2023** Updated -- Joseph Davis (Defendant): First Name changed from JOSEPH to Joseph; Last Name changed from DAVIS to Davis

**06/20/2023** Case Management Conference scheduled for 11/03/2023 at 09:00 AM in Stanley Mosk Courthouse at

Department 16

**06/07/2023** Case assigned to Hon. Lia Martin in Department 16 Stanley Mosk Courthouse

**06/05/2023** Complaint; Filed by: OLGA OVODENKO (Plaintiff); Old City Securities LLC, a New York limited liability company (Plaintiff); As to: TRITON PACIFIC CAPITAL PARTNERS, LLC, a California limited liability company (Defendant); JOSEPH DAVIS (Defendant)

**06/05/2023** Civil Case Cover Sheet; Filed by: OLGA OVODENKO (Plaintiff); Old City Securities LLC, a New York limited liability company (Plaintiff); As to: TRITON PACIFIC CAPITAL PARTNERS, LLC, a California limited liability company (Defendant); JOSEPH DAVIS (Defendant)

**06/05/2023** Summons on Complaint; Issued and Filed by: OLGA OVODENKO (Plaintiff); Old City Securities LLC, a New York limited liability company (Plaintiff); As to: TRITON PACIFIC CAPITAL PARTNERS, LLC, a California limited liability company (Defendant); JOSEPH DAVIS (Defendant)

**06/05/2023** Alternate Dispute Resolution Packet; Filed by: Clerk

**06/05/2023** First Amended General Order re: Mandatory Electronic Filing; Filed by: Clerk

**06/05/2023** Voluntary Efficient Litigation Stipulation Packet; Filed by: Clerk

**06/05/2023** Notice of Case Assignment - Unlimited Civil Case; Filed by: Clerk